UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>IRVINGTON PLAZA LLC,<br><br>        Defendant. | Case No. 4:20-cv-07135-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 12 |

      On January 22, 2021, Plaintiff filed a notice of settlement. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

      IT IS SO ORDERED.

Dated: January 25, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge